Chicago Law School, appellant, v. First National Bank of Chicago, administrator of estate of Jean J. DuBois, deceased, and Dorothea Tobias Brunswick, appellees. Gen. No. 40,234.

Opinion filed January 16, 1939. Rehearing denied January 30, 1939.

George J. Dreiske, for appellant. Rosenthal, Hamill, Eldridge & King, for appellees; Willard L. King and Douglass Pillinger, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Anna Wagner, appellee, v. Josef Wagner, appellant. Gen. No. 40,264.

Opinion filed January 16, 1939.

McInerney, Epstein & Arvey, for appellant; Louis M. Mantynband and Sidney R. Zatz, of counsel. John F. Tyrrell and Oscar A. Knittel, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Margaret Delyda, administratrix of the estate of Anton Delyda, deceased, appellant, v. Metropolitan Life Insurance Company, appellee. Gen. No. 40,280.

Opinion filed January 16, 1939.

Earl J. Walker, for appellant. Hoyne, O'Connor & Rubinkam, for appellee; Nathaniel Rubinkam and William S. Allen, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

In the matter of the estate of Joseph J. Reiter, deceased. Margaret Schaack, appellee, v. Marie A. Reiter and Agnes A. Reiter, administratrices of estate of Joseph J. Reiter, deceased, appellants. Gen. No. 40,291.

Opinion filed January 16, 1939. Rehearing denied January 30, 1939.

Joseph A. Ricker, for appellants. England, O'Toole & Kays, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.